AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| LISA T. MILLER <br><br> *Plaintiff(s)* <br> v. <br> DENNIS YU, individually and d/b/a Blitzmetrics, and PARKER NATHANS, individually, <br><br> *Defendant(s)* | Civil Action No. 9:25-cv-80391-DMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> DENNIS YU, individually and d/b/a Blitzmetrics
> 1480 Paseo Verde Parkway, Unit 1303
> Henderson, NV  89012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> L.A. Perkins, Esq.
> Perkins Law - Brand Protection
> 2295 NW Corporate Boulevard, Ste 117
> Boca Raton, Florida 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 26, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

LISA T. MILLER

*Plaintiff(s)*

v.

DENNIS YU, individually and d/b/a Blitzmetrics, and PARKER NATHANS, individually,

*Defendant(s)*

Civil Action No. 9:25-cv-80391-DMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Parker Nathans
> 60 New Estate Road
> Littleton, MA  01460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> L.A. Perkins, Esq.
> Perkins Law - Brand Protection
> 2295 NW Corporate Boulevard, Ste 117
> Boca Raton, Florida 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 26, 2025



*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

SUMMONS